PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEM HUBBI,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.,<br><br>             Defendants. | CASE NO.  2:22-CV-00657-TLN-KJN<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

   The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  Plaintiffs seek the re-adjudication of a visa, which was refused for administrative processing under 8 U.S.C. § 1201(g), following a consular interview in December 2021.  On May 23, 2022, the U.S. Embassy requested the submission of additional documents from the applicant.  Once the Embassy receives the applicant's submission, it anticipates it will be able to promptly complete re-adjudication of the visa application, which is expected to render this lawsuit moot.  Accordingly, the parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 26, 2022.  The parties further request that all other filing deadlines be similarly extended.

1  Respectfully submitted,

3  Dated: June 28, 2022                                    PHILLIP A. TALBERT
                                                          United States Attorney

5                                                  By:    /s/ ELLIOT C. WONG
                                                          ELLIOT C. WONG
6                                                         Assistant United States Attorney

8                                                         /s/ CHRISTINA SULLIVAN
                                                          CHRISTINA SULLIVAN
9                                                         Counsel for Plaintiffs

11           **IT IS SO ORDERED.**

13  Dated: June 29, 2022

                                                          _____
14                                                        Troy L. Nunley
                                                          United States District Judge

2